UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARK S. CHESLER,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL J ASTRUE, Acting Commissioner of the Social Security Administration,<br><br>　　　　　　Defendant. | CASE NO. C12-5261 RJB<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND AFFIRMING DECISION OF THE SOCIAL SECURITY ADMINISTRATION |

　　　This matter comes before the court on the Report and Recommendation of the Magistrate Judge. Dkt. 17. The court has reviewed the record, including plaintiff's objections (Dkt. 18) and defendant's response (Dkt. 20).

　　　In the Report and Recommendation, U.S. Magistrate Judge J. Richard Creatura recommended that the court affirm pursuant to sentence four of 42 U.S.C. § 405(g) the decision of the Social Security Administration. Dkt. 17.

ORDER ADOPTING REPORT AND
RECOMMENDATION AND AFFIRMING
DECISION OF THE SOCIAL SECURITY
ADMINISTRATION- 1

In his objections, plaintiff raises issues that he argued in his opening and reply briefs. See Dkts. 14 and 16. The Magistrate Judge addressed these issues carefully and thoroughly. The court concurs with the analysis and recommendation of the Magistrate Judge.

Accordingly, the Report and Recommendation (Dkt. 17) is **ADOPTED**. This matter is **AFFIRMED** pursuant to sentence four of 42 U.S.C. § 405(g). The Clerk is directed to enter judgment for defendant and the case should be closed.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 2nd day of August, 2013.

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION AND AFFIRMING
DECISION OF THE SOCIAL SECURITY
ADMINISTRATION- 2